IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LEE ANN SLAGLE,

        Plaintiff,

v.

                        CASE NO: 8:15-cv-02809-MSS-JSS

BLUESTEM BRANDS, INC. d/b/a
FINGERHUT,

        Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Lee Ann Slagle, and Defendant, Bluestem Brands, Inc., d/b/a Fingerhut, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    Respectfully submitted this 9th day of May, 2016.

| | |
|---|---|
| */s/Jared M. Lee* | */s/ Kimberly A. Koves* |
| Jared M. Lee, Esquire | Kimberly A. Koves, Esq. |
| Morgan & Morgan, Tampa, P.A. | Wiand Guerra King P.A. |
| 20 N. Orange Ave., Suite 1600 | 5505 West Gray St. |
| Orlando, FL 32801 | Tampa, FL 33609 |
| Tele: (407) 420-1414 | Tele: (813) 347-5100 |
| Fax: (407) 245-3484 | Fax: (813) 347-5198 |
| JLee@ForThePeople.com | kkoves@wiandlaw.com |
| Florida Bar#: 0052284 | Florida Bar#: 100282 |
| Attorney for Plaintiff | Attorney for Defendant |